UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIGOBERTO VILLAREAL ALVARADO,

Plaintiff,

v.

MARKWAYNE MULLIN,

Defendant.

No. 5:26-cv-03477-JGB-AS

**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND SET A NEW RESPONSE DEADLINE**

Honorable Jesus G. Bernal
United States District Judge

Pursuant to the Joint Stipulation for Leave to File First Amended Complaint and Set a New Response Deadline, and for good cause shown, the Court hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff shall filed a First Amended Complaint within 60 days of this order.
2. Defendant shall file a response to the First Amended Complaint within 60 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: October 20, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE